ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                        :

JOHN DOE,                         :

            Defendant.         :

- - - - - - - - - - - - - - - x

JUDGE CROTTY

**11 CRIM 185**

NOTICE OF INTENT TO
FILE AN INFORMATION

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        February 5, 2011

                        PREET BHARARA
                        United States Attorney

       By: _____
            Daniel S. Goldman
            Assistant United States Attorney

                        AGREED AND CONSENTED TO:

       By: _____
            Lawrence Ruggiero, Esq.
            Attorney for John Doe

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/11
```

WHEEL: A   Feb. 7. 11