UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA

         -v.-

ABDURAMAN ISENI,
     a/k/a "Abdul Al Houssaine,"   :
     a/k/a "Diamond,"

              Defendant.

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **24 OCT 2011**

ORDER OF FORFEITURE

11 Cr. 185 (PAC)

        WHEREAS, on March 2, 2011, ABDURAMAN ISENI, a/k/a
"Abdul Al Houssaine," a/k/a "Diamond"(the "Defendant"), was
charged in a one-count Indictment, 11 Cr. 185 (PAC) (the
"Indictment"), with conspiracy to launder the proceeds of
narcotics offenses, in violation of Title 18, United States Code,
Sections 1956(a)(3)(A) and (B), and 1956(h);

        WHEREAS, the Indictment included a forfeiture
allegation as to Count One of the Indictment seeking, pursuant to
Title 18, United States Code, Section 982, the forfeiture of all
property, real and personal, involved in the money laundering
offense alleged in Count One of the Indictment and all property
traceable to such property;

        WHEREAS, on or about May 3, 2011, the Defendant pled
guilty to Count One of the Indictment, pursuant to a plea
agreement with the Government, wherein the Defendant admitted the
forfeiture allegation with respect to Count One of the Indictment
and agreed to forfeit to the United States, pursuant to Title 18,

United States Code, Section 982, any property, real and personal, involved in the money laundering offense alleged in Count One of the Indictment and any property traceable to such property, including but not limited to the following: a sum of money equal to $300,000 in United States currency;

WHEREAS, on October 20, 2011, the Defendant was sentenced and ordered to forfeit $300,000 in United States currency, representing the amount of proceeds traceable to the commission of the offense alleged in Count One of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   As a result of the commission of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $300,000 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order, this Order of Forfeiture is final as to the Defendant, ABDURAMAN ISENI, a/k/a "Abdul Al Houssaine," a/k/a "Diamond," and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.   All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check,

2

made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     Upon execution of this Order of Forfeiture and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7.   The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

Dated:  New York, New York
        October 20, 2011

                                    SO ORDERED:

                                    _____
                                    HONORABLE PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE

4